UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER SINGH,<br>    Plaintiff,<br><br>         v.<br><br>PNC BANK, NATIONAL ASSOCIATION, et al.<br>    Defendants. | CV 22-1290 DSF (SKx)<br><br>Order Dismissing Action with Prejudice |

    Plaintiff Rajinder Singh filed a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 14(a) or (c) purporting to dismiss this entire action. Dkt. 26. However, unilateral dismissal is not proper as to Defendant PNC Bank, National Association because it has filed an answer. See Dkt. 22. The Court therefore issued an order notifying PNC Bank that if it failed to object to the dismissal by May 9, 2022, the Court would dismiss the action in its entirety. Dkt. 27. PNC Bank timely objected to the dismissal unless the Court dismissed the action with prejudice.

    Because it appeared to the Court that dismissal with prejudice was likely appropriate, the Court issued an order advising Plaintiff that if he failed to withdraw the Notice of Dismissal or explain in writing why this action should not be dismissed with prejudice by May 31, 2022, the Court would dismiss the action with prejudice. No

response has been filed. The Court therefore dismisses this action with prejudice as to all parties.

      IT IS SO ORDERED.

Date: June 2, 2022

                                            Dale S. Fischer
                                            United States District Judge