UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER SINGH,<br>         Plaintiff, | CV 22-1290 DSF (SKx) |
| v. | JUDGMENT |
| PNC BANK, NATIONAL<br>ASSOCIATION, et al.<br>         Defendants. | |

   The Court having dismissed this action for the reasons stated in the order filed concurrently,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 2, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge